**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:08CR00072-01 JLH

BENJAMIN LUSBY                                                                                DEFENDANT

**JUDGMENT AND COMMITMENT ORDER**

Court convened on Friday, November 7, 2008, for a scheduled hearing on the government's motion and supplemental motions to revoke supervised release. Dockets #2, #6, and #10. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, First Assistant Federal Public Defender Jerome Kearney. United States Probation Officer Dwayne Ricks was also present.

Based on the defendant's prior admission of the violations contained in the motions, the Court determined that defendant's supervised release should be revoked. The motion and supplemental motions to revoke supervised release are granted. Dockets #2, #6, and #10.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **FORTY-EIGHT (48) HOURS**. **Defendant is directed to report to the Pulaski County Jail on FRIDAY, DECEMBER 5, 2008, at 6:00 p.m. to begin serving his sentence**.

Upon defendant's release from the Pulaski County Jail, the previous conditions of supervised release, including the termination date of July 22, 2009, are reimposed in full force and effect.

IT IS SO ORDERED this 10th day of November, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE