# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF

v.                        NO. 4:08CR00072-01 JLH

BENJAMIN LUSBY                        DEFENDANT

## AMENDED JUDGMENT and COMMITMENT ORDER

The Judgment and Commitment Order entered on November 10, 2008, is hereby amended to reflect that upon defendant's release from the Pulaski County Jail, the termination date of defendant's supervised release will be July 27, 2009.

All other terms and conditions of the previous Judgment and Commitment Order remain in full force and effect as previously imposed.

IT IS SO ORDERED this 25th day of November, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE