AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN District of ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>BENJAMIN LUSBY | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: 4:08CR00072 JLH<br>USM Number: 19640-076<br><br>Jerome Kearney<br>Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  General, 2, 7, Special  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | March 24, 2009 |
| 2 | Failure to submit monthly reports to U.S. Probation Office | April, 2009 |
| 7 | Failure to notify U.S. Probation Office prior to change in residence | April 27, 2009 |
| Special | Failure to report for drug testing as directed by U.S. Probation Office | May 6, 2009 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  XXX-XX-0211

Defendant's Date of Birth:  1962

Defendant's Residence Address:

Hot Springs, Arkansas

Defendant's Mailing Address:

same as above

July 13, 2009
Date of Imposition of Judgment

/s/ [signature]
Signature of Judge

J. LEON HOLMES, U.S. DISTRICT JUDGE
Name and Title of Judge

July 13, 2009
Date

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| DEFENDANT: | BENJAMIN LUSBY | Judgment — Page 2 of 2 |
|---|---|---|
| CASE NUMBER: | 4:08CR00072 JLH | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### 12 MONTHS and ONE (1) DAY WITH NO SUPERVISED RELEASE TO FOLLOW

X The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends defendant participate in residential or nonresidential substance abuse treatment during incarceration.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL